1  TRACY L. WILKISON
   Acting United States Attorney
2  THOMAS D. COKER
   Assistant United States Attorney
3  Chief, Tax Division
   ANGELA N. GILL (SBN 260928)
4  Assistant United States Attorneys
         Federal Building, Suite 7211
5        300 North Los Angeles Street
         Los Angeles, California 90012
6        Telephone: (213) 393-5325
         Facsimile: (213) 894-0115
7        E-mail: angela.gill@usdoj.gov

8
   Attorneys for the United States of America
9

10                    UNITED STATES BANKRUPTCY COURT

11                    CENTRAL DISTRICT OF CALIFORNIA

12                         LOS ANGELES DIVISION

13

14  In re:                              Case No. 2:21-bk-11758-ER

15  BERJ WAROJAN MAKDESIAN,             Chapter 7

16              Debtor.                 Adversary No. 2:21-ap-01103-ER

17                                      STIPULATION TO EXTEND THE
18  BERJ WAROJAN MAKDESIAN,             DEADLINE FOR DEFENDANT TO FILE AN
                    Plaintiff,          ANSWER
19  vs.
                                        [No Hearing Required]
20  UNITED STATES OF AMERICA and its
    agency, INTERNAL REVENUE
21  SERVICE,

22              Defendants.

23
         TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY
24
    JUDGE, AND ALL INTERESTED PARTIES,
25

26

27

                                    1

IT IS HEREBY STIPULATED AND AGREED by and between Berj Warojan Makdesian, Debtor/Plaintiff and the United States of America, on behalf of its agency, the Internal Revenue Service (together, the "Parties"), through their respective counsel, as follows:

### RECITALS

A. Berj Warojan Makdesian ("Debtor") filed a voluntary petition under Chapter 7 of the Bankruptcy Code on March 5, 2021.

B. On June 7, 2021 an Order of Discharge was entered.

C. On June 10, 2021, Debtor commenced the instant adversary proceeding and filed a complaint to determine that certain federal income taxes are dischargeable.

D. A status conference hearing is scheduled for September 30, 2021.

**NOW THEREFORE**, based upon the foregoing recitals, Debtor and the United States hereby stipulate and agree as follows:

[Stipulation Continues on Following Page]

## STIPULATION

E. The recitals set forth above are incorporated herein by this reference and shall be deemed a material part of the Stipulation.

F. The deadline for the United States to file an answer is extended to August 30, 2021 or a date thereafter that the Court deems proper.

IT IS SO STIPULATED.

Respectfully Submitted,

TRACY L. WILKISON
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

Dated: July 14, 2021

_____
ANGELA N. GILL
Assistant United States Attorney
Attorneys for UNITED STATES OF AMERICA

LAW OFFICE OF BOICE AND ASSOCIATES

Dated: July 14, 2021

By: _____
Bruce Boice
Attorneys for Debtor and Plaintiff

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 300 N. Los Angeles Street, Room 7211, Los Angeles, CA 90012

A true and correct copy of ***STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT OT FILE AN ANSWER*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 7/15/21, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Bruce A Boice    bboice@lawyer.com, r51856@notify.bestcase.com
Rosendo Gonzalez (TR)    rgonzalez@ecf.axosfs.com,
rossgonzalez@gonzalezplc.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 7/15/21, I served the following persons and/or entities at the last known addresses in this bankruptcy se or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
Berj Warojan Makdesian
2584 New York Dr.
Altadena, CA 91001

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 7/15/21, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Judge's Courtesy Copy**
Hon. Ernest M. Robles
Roybal Federal Building
255 E. Temple St., Suite 1560
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/15/21 | Maria Luisa Q. Parcon | /s/Maria Luisa Q. Parcon |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**