| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>TRACY WILKISON<br>Acting United States Attorney<br>THOMAS D. COKER<br>Assistant United States Attorney<br>Chief, Tax Division<br>ANGELA GILL (SBN 260928)<br>Assistant United States Attorney<br>Federal Building, Suite 7211<br>Los Angeles, CA 90012<br>Telephone: (213) 894-2413<br>Facsimile: (213) 894-0115<br>E-mail: Angela.Gill@usdoj.gov<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: United States of America | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION**

| | |
|---|---|
| IN RE BERJ WAROJAN MAKDESIAN,<br><br>Debtor. | CASE NO.: 2:21-bk-11758-ER<br>CHAPTER: 7<br>ADVERSARY NO.: 2:21-ap-01103-ER |
| BERJ WAROJAN MAKDESIAN,<br><br>Plaintiff.<br><br>v.<br><br>UNITED STATES OF AMERICA and its agency, INTERNAL REVENUE SERVICE,<br><br>Defendants. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE: STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT TO FILE AN ANSWER** |

PLEASE TAKE NOTE that the order or judgment titled **ORDER APPROVING STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT TO FILE AN ANSWER** was lodged on 7/15/21 and is attached. This order relates to the motion which is docket number 9.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                              F 9021-1.2.ADV.NOTICE.LODGMENT

# EXHIBIT A

TRACY L. WILKISON
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ANGELA N. GILL (SBN 260928)
   Assistant United States Attorneys
   Federal Building, Suite 7211
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 393-5325
   Facsimile: (213) 894-0115
   E-mail: angela.gill@usdoj.gov

Attorneys for United States of America

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>BERJ WAROJAN MAKDESIAN<br><br>Debtor. | Case No. 2:21-bk-11758-ER<br><br>Chapter 7<br><br>Adv. No. 2:21-ap-01103-ER |
| BERJ WAROJAN MAKDESIAN,<br><br>   Plaintiff,<br>vs.<br><br>THE UNITED STATES OF AMERICA and its agency, INTERNAL REVENUE SERVICE,<br><br>   Defendants. | ORDER APPROVING STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT TO FILE AN ANSWER<br><br>[No Hearing Required] |

1

The Court having read and considered the Stipulation between Debtor/Plaintiff Berj Warojan Makdesian and Defendant United States of America to Extend the Deadline for Defendant to File an Answer, and good cause appearing,

IT IS HEREBY ORDERED THAT the deadline by which Defendant must file an answer is extended to August 30, 2021.

###

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 300 N. Los Angeles Street, Suite 7211, Los Angeles, CA 90012

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED B THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 7/15/21, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Bruce A Boice     bboice@lawyer.com, r51856@notify.bestcase.com
Rosendo Gonzalez (TR)     rgonzalez@ecf.axosfs.com,
rossgonzalez@gonzalezplc.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On 7/15/21, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
Berj Warojan Makdesian
2584 New York Dr.
Altadena, CA 91001

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 7/15/21, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Hon. Ernest M. Robles - Courtesy Copy**
Roybal Federal Building
255 E. Temple St., Suite 1560
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/15/21 | Maria Luisa Q. Parcon | /s/ Maria Luisa Q. Parcon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**