**Adversary LODGED ORDER UPLOAD FORM**

Thursday, July 15, 2021

Upload Again

CONFIRMATION :

You've successfully uploaded the order:
( **10313618.docx** )
A new order has been added

- **Office**:  Los Angeles
- **Case Title**:  Makdesian v. United States of America, by its agency Internal R
- **Case Number**:  21-01103
- **Judge Initial**:  ER
- **Case Type**:  ap ( Adversary )
- **Document Number**:  9
- **On Date**:  07/15/2021 @ 11:59 AM

Please print 🖨 this confirmation for future reference.

Thank You!

United States Bankruptcy Court,  Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street, Los Angeles, CA 90012