TRACY L. WILKISON
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ANGELA N. GILL (SBN 260928)
    Assistant United States Attorneys
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 393-5325
    Facsimile: (213) 894-0115
    E-mail: angela.gill@usdoj.gov

Attorneys for United States of America

**FILED & ENTERED**

**JUL 15 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>BERJ WAROJAN MAKDESIAN<br><br>Debtor. | Case No. 2:21-bk-11758-ER<br><br>Chapter 7<br><br>Adv. No. 2:21-ap-01103-ER |
| BERJ WAROJAN MAKDESIAN,<br><br>    Plaintiff,<br>vs.<br><br>THE UNITED STATES OF AMERICA and its agency, INTERNAL REVENUE SERVICE,<br><br>    Defendants. | ORDER APPROVING STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT TO FILE AN ANSWER<br><br>[No Hearing Required] |

1

1  The Court having read and considered the Stipulation between Debtor/Plaintiff Berj Warojan Makdesian and Defendant United States of America to Extend the Deadline for Defendant to File an Answer, and good cause appearing,

IT IS HEREBY ORDERED THAT the deadline by which Defendant must file an answer is extended to August 30, 2021.

###

Date: July 15, 2021

Ernest M. Robles
United States Bankruptcy Judge