United States Bankruptcy Court

Central District of California

Makdesian,
    Plaintiff

United States of America, by its agency,
    Defendant

Adv. Proc. No. 21-01103-ER

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: Aug 06, 2021      Form ID: pdf031      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Berj Warojan Makdesian, 2584 New York Dr, Altadena, CA 91001-3640 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | State Of California Franchise Tax Board |
| dft | | United States of America, by its agency Internal R |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 08, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Gill | on behalf of Defendant United States of America by its agency Internal Revenue Service angela.gill@usdoj.gov |
| Bruce A Boice | on behalf of Plaintiff Berj Warojan Makdesian bboice@lawyer.com r51856@notify.bestcase.com |
| Rosendo Gonzalez (TR) | rgonzalez@ecf.axosfs.com rossgonzalez@gonzalezplc.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com |
| Thomas J Fox | |

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 06, 2021 | Form ID: pdf031 | Total Noticed: 1

on behalf of Defendant State Of California Franchise Tax Board tj.fox@doj.ca.gov

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 5

| | |
|---|---|
| 1   TRACY L. WILKISON<br>     Acting United States Attorney<br>2   THOMAS D. COKER<br>     Assistant United States Attorney<br>3   Chief, Tax Division<br>     ANGELA N. GILL (SBN 260928)<br>4        Assistant United States Attorneys<br>         Federal Building, Suite 7211<br>5        300 North Los Angeles Street<br>         Los Angeles, California 90012<br>6        Telephone: (213) 393-5325<br>         Facsimile: (213) 894-0115<br>7        E-mail: angela.gill@usdoj.gov | **FILED & ENTERED**<br><br>**AUG 06 2021**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY evangeli  DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

8

Attorneys for United States of America

9

10               UNITED STATES BANKRUPTCY COURT

11               CENTRAL DISTRICT OF CALIFORNIA

12                        LOS ANGELES DIVISION

13

| | |
|---|---|
| In re:<br><br>BERJ WAROJAN MAKDESIAN<br><br>  Debtor. | Case No. 2:21-bk-11758-ER<br><br>Chapter 7<br><br>Adv. No. 2:21-ap-01103-ER |
| BERJ WAROJAN MAKDESIAN,<br><br>  Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA et al.,<br><br>  Defendants. | ORDER APPROVING STIPULATION TO RESOLVE WHETHER IRS TAX LIABILITIES ARE SUBJECT TO DISCHARGE<br><br>[No Hearing Required] |

The Court having read and considered the *Stipulation between Debtor/Plaintiff Berj Warojan Makdesian and Defendant United States of America to Resolve Whether IRS Tax Liabilities are Subject to Discharge* [Doc. No. 15] (the "Stipulation"), and good cause appearing,

IT IS HEREBY ORDERED THAT the Stipulation is APPROVED.

1

###

Date: August 6, 2021

Ernest M. Robles
United States Bankruptcy Judge