

**FILED & ENTERED**

**SEP 20 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** gonzalez **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re: Berj Warojan Makdesian, Debtor. | Case No.: Adv. No.: | 2:21-bk-11758-ER 2:21-ap-01103-ER |
| Berj Warojan Makdesian, Plaintiff, v. State of California Franchise Tax Board *et al.*, Defendants. | **ORDER: (1) SETTING LITIGATION DEADLINES AND (2) CONTINUING STATUS CONFERENCE FROM SEPTEMBER 21, 2021 AT 10:00 A.M. TO JANUARY 11, 2022 AT 10:00 A.M.** | |
| | **CONTINUED STATUS CONFERENCE:** | |
| | Date: | January 11, 2022 |
| | Time: | 10:00 a.m. |
| | Location: | Ctrm. 1568 Roybal Federal Building 255 East Temple Street Los Angeles, CA 90012 |

Having reviewed the Status Report submitted by the parties, the Court **HEREBY ORDERS AS FOLLOWS:**

1) The litigation dates previously ordered shall continue to apply, as follows:
   a) The last day to amend pleadings and/or join other parties is **10/21/2021**.
   b) The last day to disclose expert witnesses and expert witness reports is **1/25/2022**.
   c) The last day to disclose rebuttal expert witnesses and rebuttal expert witness reports is **2/24/2022**.

d) The last date to complete discovery, including discovery pertaining to expert witnesses, is **3/22/2022**. All discovery motions must also have been heard by this date.[1]

e) The last day for dispositive motions to be heard is **3/22/2022**.[2]

f) A Pretrial Conference is set for **4/12/2022 at 11:00 a.m.** By no later than fourteen days prior to the Pretrial Conference, the parties must submit a Joint Pretrial Stipulation via the Court's Lodged Order Upload (LOU) system. Submission via LOU allows the Court to edit the Joint Pretrial Stipulation, if necessary. Parties should consult the Court Manual, section 4, for information about LOU.

g) In addition to the procedures set forth in Local Bankruptcy Rule 7016-1(b), the following procedures govern the conduct of the Pretrial Conference and the preparation of the Pretrial Stipulation:

  i) By no later than thirty days prior to the Pretrial Conference, the parties must exchange copies of all exhibits which each party intends to introduce into evidence (other than exhibits to be used solely for impeachment or rebuttal).

  ii) When preparing the Pretrial Stipulation, all parties shall stipulate to the admissibility of exhibits whenever possible. In the event any party cannot stipulate to the admissibility of an exhibit, that party must file a Motion in Limine which clearly identifies each exhibit alleged to be inadmissible and/or prejudicial. The moving party must set the Motion in Limine for hearing at the same time as the Pretrial Conference; notice and service of the Motion shall be governed by LBR 9013-1. The Motion in Limine must contain a statement of the specific prejudice that will be suffered by the moving party if the Motion is not granted. The Motion must be supported by a memorandum of points and authorities containing citations to the applicable Federal Rules of Evidence, relevant caselaw, and other legal authority. Blanket or boilerplate evidentiary objections not accompanied by detailed supporting argument are prohibited, will be summarily overruled, and may subject the moving party to sanctions.

  iii) The failure of a party to file a Motion in Limine complying with the requirements of subparagraph (ii) shall be deemed a waiver of any objections to the admissibility of an exhibit.

  iv) Motions in Limine seeking to exclude testimony to be offered by any witness shall comply with the requirements set forth in subparagraph (ii), and shall be filed by the deadline specified in subparagraph (ii). The failure of a party to file a Motion in Limine shall be deemed a waiver of any objections to the admissibility of a witness's testimony.

h) Trial is set for the week of **4/25/2022**. The trial day commences at 9:00 a.m. The exact date of the trial will be set at the Pretrial Conference. Consult the Court's website for the Judge's requirements regarding exhibit binders and trial briefs.

---

[1] For contemplated hearings on motions related to expert discovery, it is counsel's responsibility to check the Judge's self-calendaring dates, posted on the Court's website. If the expert discovery cutoff date falls on a date when the court is closed or that is not available for self-calendaring, the deadline for hearings on expert discovery motions is the next closest previous date which is available for self-calendaring.

[2] If the motion cutoff date is not available for self-calendaring, the deadline for dispositive motions to be heard is the next closest previous date which is available for self-calendaring.

2) Pursuant to the parties' request, the Court will not order the matter to formal mediation at this time. The Status Conference is **CONTINUED** from September 21, 2021 at 10:00 a.m. to **January 11, 2022 at 10:00 a.m.** The Court will determine whether it is appropriate to order the matter to formal mediation at the continued Status Conference. A Joint Status Report, which shall discuss the parties' views as to the appropriateness of formal mediation, shall be submitted no later than fourteen days prior to the hearing.

3) Parties may appear at the continued Status Conference either in-person or by telephone. Parties electing to appear in-person shall comply with all requirements regarding social distancing, use of face masks, etc. which may be in effect at the time of the hearing. Parties electing to appear by telephone should contact CourtCall at 888-882-6878 no later than one hour before the hearing.

IT IS SO ORDERED.

###

Date: September 20, 2021

Ernest M. Robles
United States Bankruptcy Judge